Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

District of

Division

*(handwritten left margin:)*
-N\S
- IFP Submitted
- Related Case.

*(stamp box, right:)*
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 6 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

|  |  |
|---|---|
| Jethro Hackworth | Case No. 8:21-cv-01314-JLS(KESx) |
| **Plaintiff(s)** | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☒ No |
| **-v-** |  |
| United States of America |  |
| **Defendant(s)** |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* |  |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jethro Hackworth |
| Street Address | 2424 N Tustin Ave APT i8 |
| City and County | Santa Ana - OC |
| State and Zip Code | California 92705 |
| Telephone Number | 5628266871 |
| E-mail Address | jethrohackworth@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | United States of America |
| Job or Title *(if known)* | Government |
| Street Address | North America |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

**A.     The Plaintiff(s)**

1.     If the plaintiff is an individual

The plaintiff, *(name)*      Jethro Hackworth                    , is a citizen of the State of *(name)*    California                          .

2.     If the plaintiff is a corporation

The plaintiff, *(name)*                                        , is incorporated under the laws of the State of *(name)*                                                  , and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**B.     The Defendant(s)**

1.     If the defendant is an individual

The defendant, *(name)*   United States of America              , is a citizen of the State of *(name)*     United States                 . Or is a citizen of *(foreign nation)*     United States                 .

2.     If the defendant is a corporation

The defendant, *(name)*                                          , is incorporated under the laws of the State of *(name)*                                         , and has its principal place of business in the State of *(name)*                              . Or is incorporated under the laws of *(foreign nation)*                                      , and has its principal place of business in *(name)*                                .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

**C.     The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Years of stalking, illegal photographing, recording, possible streaming, food tampering, theft, assault, break ins, burglary, fraud, hacking, internet trespassing, trespassing, property damage, HIPAA violations, attempted murder, draining brake fluid from my car, cyberstalking, harassment, sexual harassment. Not one agency from, Police, FBI, NSA, CIA, Administrative Offices, White House, DHS or any other agencies I contacted or items might have been forwarded to has stepped in to help, or at the very least tell me why I am being targeted. This has been at minimum escalating from close to 4 years now. I also contacted the Federal Torts Claim, the denied my request 04/21/2021.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*   05/15/2021   , at *(place)*   Current shelter                                                                            ,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

As stated above, not one person stepped in to stop this heinous act and allowed all of this to happen.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

The most recent one, I was surrounded by roughly 200 bikers(regular bikes) I was blindsided in the temple, they got into the car. Took the keys, (who knows what else). I got my keys back(one from the group gave them back). Then I was punched in the face again. I have been irritated to all hell, I cant even stand to talk to anyone and haveb een constantly on edge with almost everyone I come in contact with. They are all in on this, I know it for a fact and I don't care if you want to lie and say I am crazy. Atleast God will be my witness that this country has been untruthful and did nothing but contribute to the problem. Do what you wish I will fight this even if it ends me because I know I am right.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The truth and nothing but the truth, so help you God.

## V.       Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.       For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              05/21/2021

Signature of Plaintiff        Jethro Hackworth
Printed Name of Plaintiff     Jethro Hackworth

### B.       For Attorneys

Date of signing:     06/09/2021

Signature of Attorney         No attorney needed.
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

.

# The Day the United States Betrayed Me



*For countless years potentially up to decades, the country of the United States allowed me to become an experiment and target for countless crimes. The United States ignored my pleads for assistance in truth. I sent help requests to a large portion of the world, most of the responses were left in the statements, we cannot and will not help or suggested to leave the United States.*

## Contents

Chapter 1: Talend ........................................................................................................................... 5

    Hired ........................................................................................................................................... 5

    Day one ...................................................................................................................................... 5

    Monitoring ................................................................................................................................. 5

    Work ........................................................................................................................................... 5

    Devices ....................................................................................................................................... 5

    Fraud .......................................................................................................................................... 6

    Cyber Attacks ............................................................................................................................ 6

    Drugged ..................................................................................................................................... 7

Chapter 2: Around the living area in Irvine, California ................................................................ 8

    Car Broken Into ......................................................................................................................... 8

    Attempted Murder .................................................................................................................. 10

    Home Breakins ........................................................................................................................ 10

    Account Hacks ......................................................................................................................... 10

    Weird Stalker .......................................................................................................................... 10

    Recording Stalker ................................................................................................................... 10

    Hit by SUV ................................................................................................................................ 11

Chapter 3: Santa Ana, California ............................................................................................... 12

    Towing ..................................................................................................................................... 12

    Smoke ...................................................................................................................................... 12

    Gym .......................................................................................................................................... 12

    Organized Strike ..................................................................................................................... 12

    Shady grading .......................................................................................................................... 12

    Mental Institution ................................................................................................................... 13

    Weird Guy ............................................................................................................................... 13

    Station Supervisor .................................................................................................................. 13

Chapter 4: Humanity .................................................................................................................. 14

    Homeless Crisis ....................................................................................................................... 14

Chapter 5: School ....................................................................................................................... 15

Chapter 6: Government Agencies .............................................................................................. 16

    Legal ........................................................................................................................................ 16

    FBI ............................................................................................................................................ 16

CIA & NSA ........................................................................................................................16

Military ...........................................................................................................................16

News ...............................................................................................................................16

United Nations ................................................................................................................16

DHS .................................................................................................................................16

Government Officials .......................................................................................................17

Kamala Harris ..................................................................................................................17

Other Countries ...............................................................................................................18

The White House ..............................................................................................................18

Suicide Rate ....................................................................................................................18

Chapter 7: Vanguard University .............................................................................................19

Betrayal of Christians .......................................................................................................19

Attempt to Infect .............................................................................................................19

Fraud ..............................................................................................................................19

Wrong Directions .............................................................................................................19

Weird Texts .....................................................................................................................19

Betrayal ..........................................................................................................................19

Use of Photography..........................................................................................................19

Sexual Harassment ..........................................................................................................20

Laughing About Firing ......................................................................................................20

Chapter 8: Final Thoughts ....................................................................................................21

**This is just a small taste of what I must present, such as further food tampering, the local churches being involved and more. I can write another book filled with evidence within a short period of time.** ...................................................................................................................21

*Author : Jethro Hackworth*

*Illustrator : Jethro Hackworth*



# Chapter 1: Talend

## Hired

I was hired on with company named Talend which proposed a great opportunity, benefits and the pay scale was healthy. Though, the change from my old job Bio-Rad was a tough option as I felt comfortable but at the same time, I felt moving forward on a new system would be a great step for my career. This all turned out to be a disaster.

## Day one

Day one, my neighbor or the person whom sat next to me started leaving trash on my desk when I would leave the room and then would get flustered when I'd ask about it. I did my best to make the situation normal and attempted to be kind to everyone around me in the best way I could. I would joke with them and ask for help and help when I could. This issue of leaving trash and other items such as empty bottles of alcohol on my desk became too consistent. So, I moved locations on the area and notified my manager of what was happening and how I wanted to resolve it. Things seemed to be fine for now.

## Monitoring

I quickly noticed some creepy monitoring they always wanted a good view of me and my work location. As my manager moved closer to me after I moved and propped up a second laptop facing my direction which seemed to be a way to record the area. The people in the area of my work location would follow me around at lunch and watch me lifting their phones which now gives me the notion they were recording too. I was given documentation to organize it and make it look presentable, later finding out some of the stuff mixed into the documentation was not correct. The documentation I produced from scratch was different as I verified it by testing it, knowing it was correct. I felt there was some tension about the documentation I was given to make presentable.

## Work

I started to notice some of my work had been deleted and it would cause me to rebuild what I needed to do and make me take longer. I questioned this lightly at first, but I shouldn't have. Eventually some of the customers also started to become unrealistic as if they were attempting to sabotage the advice and solutions given, almost as if they were placed there intentionally to attempt to frustrate me or purposely complain.

## Devices

I noticed someone had been using other devices on my machine, I noticed they had used a razer mouse on my machine. I don't own a razer mouse. As you can see, I logged it here below and took a photo of it with my phone. This was my personal laptop I would bring in a backpack because I school after work on certain days and I had to go straight to school from work. This is logic and reason I had the backpack in the office with me.

Otherwise, I would had left it at home. I noticed my belongings would be meddled through or rearranged and not sure if anything was actually missing.

### Fraud

This is when things started to get serious. The laptop I work with was also physically tampered with where someone pulled the touchpad out and I had to request a new laptop. Then I was given another laptop which was nearly unusable which caused work production to drop drastically. I asked for an additional one, but it seemed they had no more laptops in stock. Asked to commit fraud by falsifying my timecard in favor of the company, basically stealing from my paycheck. I was asked to spread out my

double time over the weeks into each day instead of obtaining the double time and I was not given the second lunches as required in California labor laws. You can see the conversation here where I was able to catch him off guard and in writing to ask me to commit the fraud and steal from me and make his reports look better to his upper management. I am not sure if this was happening to the other employees, but I made a police report where they said they will not investigate this.



I contacted a previous manager Tom Ciconte

in question of the situation from Bio-Rad. He had offered a spot, but something said to stay and continue to watch what these people at Talend were doing even though I truly enjoyed my time working at Bio-Rad. Someone broke my phone screen as I left it charging when I went to the bathroom. When I came back, I didn't notice but the person sitting next to me stood up and loudly stated, "what happened to your phone?". So, someone broke the screen on my phone, and they wanted to let me know. This is when I knew the damages were intentional and coming from within the office.

### Cyber Attacks

There were cyber-attacks on my home devices, going through my computer and looking at my files on monitoring what I was doing on my home machines. I received DOS attacks which are meant to slow down or completely disconnect you from the network. I found them hacking into my bank accounts as I found an Apple MACOSX computer connected and monitoring my bank account which I reported to the Chase bank and the police as well. Talend started changing or attempting to twist what was taught into something opposite of what we were taught, basically taking the training, and then telling me I was wrong from what the training said which started to tell me they were up to no good.

## Drugged

I was drugged or some sort of chemical food tampering this day was April 20th 2018 and they went to get food and brought back Brussel sprouts. Inside of these was something where I started to feel awkward and a weird sensation in my feet and back/neck area causing me to feel some pain.

You can see the police report I made. they stated they refused to investigate my problems leaving me stranded but no option but to become unemployed Brian Marlow stated he would not investigate the fraud and hacking even though I showed blatant proof of the situation, a small snicker and head shake as he left the door.



Irvine Police Department
1 Civic Center Plaza
P.O. Box 19575
Irvine, CA 92623-9575

Event #
Case# 180803946

**Brian Marlow**
Police Officer #578
949-724-7212 Ext. 2082
cityofirvine.org/ipd
bmarlow@cityofirvine.org

## Chapter 2: Around the living area in Irvine, California

### Car Broken Into

Not too long before I had moved into my new place my first car, the Honda Accord had the catalytic converter removed and damaged the entire intake system costing roughly $1400. Another car my Toyota Corolla was broken into, and the windows were shattered, and the car had trash thrown around inside of it. The elevators which lift the windows were broken down and had to be replaced. This happened twice mind you to the same car, the Toyota that not including the Honda Accord incidents, the police shrugging it off as me not being targeted.



The Honda Accord car had the brake fluid drained confirmed by a mechanic, nearly killing my four-year-old son, including a pedestrian who was standing behind the car which was hit causing him to go to the hospital with a severe leg injury.



1/3/2020                                                        1999 Honda Accord L4-2,3L Inspection Report

**Diagnostic**
**Result** N/A POOR FAIR GOOD **VERY GOOD** EXCELLENT **STATUS NOTES & ADVICE FROM MECHANIC**
**Details**

Note

Brakes, Steering and Suspension Inspection (Inspection) : Vehicle was in a head on collision caused by no brake fluid in resevoir. Curiously there is no sign of a leak. Brake light is lit. Power steering fluid reservoir damaged in accident as well as the radiator. These are the major mechanical issues. Engine still runs.

### Attempted Murder

Amazingly enough the police officer Kyle had wrote a report stating that the cause was speeding even though he was told the brakes did not work. I took the mechanic report to the police station and it was like pulling teeth to even get them to look at it. They kept insisting the case was closed and the investigation was done.

### Home Breakins

My home was being broken into and things started to become rearranged, and I wasn't sure if things were being stolen or not, at least things I wasn't keeping perfect tabs on might have gone missing.

An example is if I were the only one home and I would leave, then come back and the lights would be left on as I was arriving making intentionally short trips, leaving them little time to escape since the others watching me outside were obviously communicating to whomever was going inside. This was beyond obvious and what they were doing inside I couldn't be too certain about it.

Another example is when I took my son to the park and when I came back, the garage door had been turned off so I couldn't get inside, and I had a latch lock on the front door so I couldn't get through the front door. Thankfully the neighbor was home as I knocked, and he let me go into his back yard and I hopped the fence then using my keys to enter the garage from the back side opening the garage from there.

### Account Hacks

I continuously made reports of these incidents and more made other reports that people were hacking into my school, work, personal and gaming accounts to no avail where again not one person stepped in to help from the authorities.

### Weird Stalker

Another incident where a guy came by stating, "sorry for kicking you out into the street" wearing a Binance sweater. I decided to figure out what he was up to, and he freaked out in less than a minute calling the police and then later finding out as he walked behind me, my son was worried he had tried to touch his butt giving the notion he was a pedophile. Since the police were essentially unhelpful in Irvine at this point, I figured they could bring my son a sticker since they did the first time the car was messed with. The man was rude and didn't ask the police to bring a sticker, so we left back home.

### Recording Stalker

Another day I found someone waiting for me outside my home recording me. I confronted them why they were recording me, they raised their voice in concern stating they would turn it off. I chased them off smacking their phone out of their hands and asked them why they like stalking people. They called the police, and the police officer that day told me it was fine for someone to record into my home through the windows, that's right they can peep into the windows and record apparently in his mind. Peeping-toms were fine apparently. Obviously, we need to review some ethical issues here and laws that are in place. Also, they told me if I hit one of them it will be assault, stating I couldn't fight back to defend myself or I will go to jail this is what the female officer had stated.

### Hit by SUV

I was hit by an SUV, yes, an SUV and this is no exaggeration either. The lady ran the stop sign and when the SUV hit me the impact from the SUV was powerful enough that my phone flew out of my pocket about twenty to thirty feet. I didn't fall down somehow, I manager to land on my feet and keep running. (Attempted murder?) This happened at the entrance of 14446 Culver Dr, Irvine, CA 92604. I looked into the car and there was also another passenger but because of the strange way they timed their way through the stop sign. I decided to keep going.

# Chapter 3: Santa Ana, California

## Towing

Immediately after moving to Santa Ana, well during the move they decided to tow my car illegally, I left the moving vehicle in the parking lot where I had purchased food from. I was taking a break and while taking my break they viciously towed the moving vehicle, and the moving company was in denial. The courts and the police both pushed back in defense of the illegal towing

## Smoke

I noticed people coming into this apartment as well when I would leave, things would be moved, and it smelled like smoke inside the room. I don't smoke but it was strongest by my computer, so they were doing something near the computer. I made a police report.

## Gym

Then at the gym, just to work out and mind my own business again people there intentionally tried to annoy me and tried to record me. I attempted to stop the recording and they all backed up and called the police. The police told me not to come back and refused to investigate further into the issue.

## Organized Strike

Then as I was trying to supply court documents, I was cut off in the middle of the street by roughly 200 people on bikes, yes 200 this is far from an exaggeration. It seemed someone didn't like I was going to the courts. The u-turn signal (left hand turn) was green for me. As I made my u-turn they started cutting me off (I was already mid turn facing the new direction) hitting my car and stopping in front of me, either run them over or stop to see what they want. I was in the far-left hand lane, the intentionally came from the right-hand lane to cut me off.) Yelling at me to get out of the car, so I did, I tried to calmly explain the light was green, they yelled still tons of them I couldn't hear anything really. I yelled "shut the fuck up", an awkward moment of silence from all of them. Then, like a pygmy tribe they attacked me and then they began fighting each other. I was a bit confused as to why they were fighting each other slamming against my car and one of them was knocked to the floor. One jumped in my car to take the keys, I went inside to get the person and they jumped out. One of them brought my keys back, then I looked around and saw people recording from their cars. I thought at this moment, I didn't know who the enemy was, so I felt it was best to leave. Then, as I got in my car, the person who stopped in front of my car "originally" yelling at me to get out of the car punches in the face again. I questioned his action with a laugh and drove off. To be honest, the adrenaline of the situation felt amazing was kind of exciting but disappointing as the attempted murder failed since I was struck in the temple. This is a spot widely known to strike when you want to kill someone.

## Shady grading

I reported to the police that the Irvine valley college, professor Vu Phan, was purposely giving me 0's on my homework as I clearly didn't deserve a 0 and then I reported him to the school district. Suddenly, the scores changed even before being talked to by the school system disciplinary staff. Shady right? This happened multiple times. I am starting to feel this was a racial attack since other options seem to be out the window.

### Mental Institution

I called the police again to let them know violence is going to happen since it has been happening. Instead of helping they told me to go see a mental health crisis center. These people tried to tell me I had paranoid ideology. Asking me if I saw things that were there, as this question deeply concerned me. I started pointing out things in the room I saw, then he started explaining, no like things on the wall or people in trees. Well, first of all people and children climb trees all the time. If I see something, how am I supposed to confirm if it's there or not if I am the only one there to see it? They tried to keep me there, but I pushed the emergency button and code green blasted over the PA system. They told me not to push buttons and then more people came flooding into the lobby. I summoned more of them by pushing the button, but they eventually let me out without admitting me because I am sure they could tell I was telling the truth. So, the police now, after stating they would investigate if I went there, have yet to return my call and ignore me as they have been for a while at this point, maybe two weeks. So really the police here are corrupt and not helpful in real situations it seems.

### Weird Guy

Then just to see how they would react; some dude sprayed his gardening hose in my direction and coughed at me. Then ran into his house, I asked if he wanted to hang out or be my friend... he said "no" to all of it. He wanted me attention obviously. So, the police showed up and said to stay away again instead of investigating.

### Station Supervisor

The station "supervisor" advised me that people following me around is not stalking, I quickly said "excuse me?". So, I was pissed and called back and asked to speak to the retard supervisor, he refused to take my call. Someone who thinks people following me around is not stalking, needs help.

# Chapter 4: Humanity

## Homeless Crisis

The military seems be in a similar situation but worse, since currently at the time of this writing posted on the VA website, there are roughly 40,000 homeless veterans. While the entire country received a giant 1.9 trillion-dollar relief package. Why couldn't something of this in even such a smaller scale had been done before, we are talking in the low billions could had solved this disaster and still can. Think about this my father and both grandfathers were veterans of this country. After going through all of this regardless of if military personal or of the like were involved, I still believed it was right to stand up for the ones who may not be involved or have no knowledge. Think about it if I am someone who comes from a solid line of war veterans, dating back to a solid line of Knights and Vikings who protected Europe now gets this treatment. I have documentation and other scientific sources to back this statement up as well. Who is going to stand up for your children as a military person that lets say, you die in a heroic battle and decorated more than the rose parade protecting what you truly believe in only to know your

children left behind can be going through the same treatment I received? Are you going to feel confidant leaving your children behind knowing the government and the surrounding people won't care for your family and potentially let them slide into the homelessness disaster of the United States.

**James Richard Hackworth**
**BIRTH 22 Aug 1961**
**DEATH 21 Oct 2015 (aged 63–64)**
**BURIAL    Unknown**
**MEMORIAL ID 154159079**

QUINCY — James Richard Hackworth, 54, of Quincy, passed away Wednesday, Oct. 21, 2015. He was a very proud veteran of the United States Navy and served during the Persian Gulf Conflict.

Jimmy was a lifetime member of VFW Post 4239 in Sidney. He enjoyed going fishing and shooting firearms. He loved his Ohio teams, the Bengals, Reds, Buckeyes, and was a fan of the LA Lakers.

### Human Rights Report

So, in return knowing there are others out there who can have the same problems or future issues. I made a Human Rights report that this is wrong and those who protect your country, risk their life and to leave their family alone if they are to fall in battle need to know their family will be secure and taken care of by the ones they protected and not persecuted, pushed to the streets, or even humiliated. They all need at least dignity and a moderate form of respect

**ICE Tip Form**

OMB Control Number: 1653-0049
Expiration Date: 07/31/2023

U.S. Immigration and Customs Enforcement (ICE) investigates more than 400 violations of criminal law, ranging from child exploitation to transnational gangs. Use this form to report suspected criminal activity.

Be as specific and as detailed as possible. You are encouraged to provide any additional identifying details such as places of birth, countries of citizenship, and any numeric identifiers in the below narrative text box. The detailed information you provide will assist investigators as they look into reported violations.

We do not provide status updates for tip information provided. If you provide information, you can be assured that it will be promptly forwarded to the responsible office for follow up action as deemed appropriate.

Do NOT send the same information more than once, and do NOT file a duplicate report by calling the ICE Tip Line.

Although there is absolutely no guarantee that tip information provided will result in monetary payments, ICE has the discretion and statutory authorization to pay for information and/or evidence that is used in support of criminal investigations.

Anonymous tips may be reported on this form and may also be reported to ICE via the toll-free ICE Tip Line, (866) 347-2423

from everyone just as anyone else you come across regardless of their background. I personally would gain no benefit from this financially. The report suggests that someone needs to write a bill and pass it through to get these homeless veterans their potential families off the streets at minimum for what they did for their country. At minimum. Humanity? humaneness; benevolence. "he praised them for their standards of humanity, care, and dignity" This definition has become false it seems.

## Chapter 5: School

My college professors were tampering with my grades and strongly know they were involved in these horrific crimes. As you can see, he gave me a 0 score and then once I reported him, the score changed to a 7. This happened more than once, and I noticed this happened in previous classes, but I didn't question it as harshly before. Now, that I reported it all of a sudden things changed, suspicious to me.



It's a wonder why there are so many high school dropouts that became billionaires, I can't even imagine the count of billionaires that don't have a college degree. I am positive the millionaire section is polluted with high school and college dropouts. It really hits you that schools want you to conform to their standards but look what happens if you don't conform, people still become billionaires and have amazing success. Some sources say billionaires that dropped out of high school such as, John D. Rockefeller, Henry Ford, Amancio Ortega, Francois Pinault, Kirk Kerkorian, David H. Murdock, Richard Branson, Jay-Z and Zhou Qunfei. As to the factual statement for these people you would have to ask them directly as I couldn't be certain about it this is just based on online sources.

# Chapter 6: Government Agencies

## Legal

I attempted to sue the companies involved, the United States for neglect since not point of authority wanted to assist, and the local courts only for truth and nothing more but they still hid behind lies confirming their lack of integrity by denying the cases. I noticed the legal forms were sometimes not correct or they used unethical practices to deter the case.

## FBI

I contacted the FBI, Federal Bureau of Investigation with no response. I have yet to receive any contact from them regarding my cases and reports. They also told me there was no danger, but I was attacked in the middle of the street after telling them this. I tried to let them know.

## CIA & NSA

I contacted the CIA and the NSA, again left without a strand of hope from them for any help from them.

## Military

I investigated the military, Navy specifically and began grasping the notion of everyone seemed to know me in strange way, as if they were advised I'd be arriving beforehand though they were nice, I just had that strange feeling they had been contacted about me before for some odd reason.

## News

I contacted a news organization with no response really nothing but crickets.

## United Nations

I contacted the Human Rights UN organization, only to be ignored as I contacted them multiple times, I even filed reports with them as well.

## DHS

I called DHS, Department of Homeland Security, explaining the cyber-attacks and stalking. They did show up at one point but basically only listened to what I had to say and stated they had no idea how to search or investigate any of the things I reported. Basically, a similar exit as officer Brian Marlow, leaving stating "I think we are done here" being left again with no assistance.

I found the cyber stalking addresses and even locations, caught them, and reported them again to the proper agencies with no assistance again.

---

6:01 · 🇺🇸 ... 📶 38%

nsa.gov/about/conta   ⚠   ⋮

≡  NSA | CSS   🔍

HOME · ABOUT US · CONTACT NSA · OIG HOTLINE

### Report Fraud, Waste or Mismanagement

The form below will enable you to report concerns about fraud, waste or mismanagement. Simply enter your information and comments, then press the "Send Message" button to deliver the message. If you decide to report anonymously, please provide sufficient details, i.e., names, dates, organizations, contract numbers etc., to permit our office to investigate your complaint or issue.

Thank you for your submission

---

Fwd: Automatic reply: [External] Human Ri

Jethro hackworth

―――― Forwarded message ――――
From: CP OHCHR <...>
Date: Wed, Apr 21, 2021, 4:31 PM
Subject: Automatic reply: [External] Human Rights Case - Me threatene
To: jethro hackworth <...>

Dear Sir/Madam,

We hereby acknowledge receipt of your communication submit

**Please read carefully the following important information:**

The complaint procedure of the Human Rights Council addresse reveal a consistent pattern of gross and reliably attested violatio

The Chairperson of the Working Group on Communications, tog **founded or anonymous communications shall be screened out**

Please note that, owing to the large number of communications
- refers to a case that appears to reveal a consistent patt
- gives a factual description of the alleged violations;
- refers to a case where domestic remedies have been ex
- is submitted in one of the six official languages of the U
- has not already been dealt with by the complaint proce
- is not being dealt with by a special procedure mandate

## Government Officials

I started to contact, mayors, attorneys, senators, and other government placed figures. The irony of one senator I asked help for was specialized in gang stalking Kamala Harris the senator of my own state California becomes the Vice President while ignoring the situation. Here's what I did get.

### Kamala Harris

Link to website as what she was promoting to see website contents press this: Gang stalking Website

Basically, nothing happened all I received was an email stating "Happy Holidays" and nothing was ever done about the situation. It only escalated and this was before the brake fluid was drained. If this is handled like this in just one state, you can only imagine how the United States issues will be handled now as Vice President.

**Their response from her office government office.**

From: U.S. **Senator Kamala Harris** <donotreply_harris@harris.senate.gov>
Date: Wed. Dec 25, 2019, 7:49 AM
Subject: Happy Holidays!
To: <kathrishaptagirth@gmail.com>

A message from Senator Kamala D. Harris





Wishing you and yours a
holiday season filled with
peace and joy.

United States Senator
Kamala D. Harris

Staying Connected

## Other Countries

I contacted, a giant list of countries multiple times which I either received feedback that they cannot or will not help me since I am not a citizen of their country. A few others suggested to leave the United States or contact News investigators.

## The White House

I called the White House and received nothing, telling me they couldn't help me.

## Suicide Rate

It's a wonder why there is a high rate of suicide amongst police officers and other authorities, they promote integrity in many of their stations, but this experience has taught me there must be none. Yet, they seemed to be forced or could care less not tell the truth and hide information from those they are in place to help. The ones with a weaker conscience seem to survive. It's possible just the experience I had with these police officers might not speak for all the actions and integrity of the others.

Some companies aren't caring about the disaster either.

# Chapter 7: Vanguard University

## Betrayal of Christians

This job was amplified in unspeakable betrayal, claiming to be Vanguard University of Southern California. Christians but this was farthest from the truth. Christians do not hide behind lies for they are with the other side. Pretended to sing kumbaya and pray during breaks and meetings, check out how they acted.

## Attempt to Infect

Conrad Pangan was coughing in my face while he was sick and was close enough to feel the droplets of saliva on my face. How did I know he was sick? He announced it and you could hear the congestion in his speech.

## Fraud

I was asked to commit fraud by the manager Ryan Yamanaka this time in the reverse to steal from the company, but I did not do as requested. I put the proper time and left for the day. Even though this company had others monitoring me twenty-four seven and owes me a 24 hour a day paycheck, so they have stolen roughly $184,000 from me.

## Wrong Directions

They were giving wrong instructions and procedures on how the company works and how to complete certain tasks. Such as lying about not knowing how to transfer calls. Lying about what type of code a particular script was written in or what kind of data was being produced. They were giving instructions to reformat a machine before backing up the data on customer computers which was wrong. I knew this was wrong but I could tell this was all an attempt to sabotage me.

## Weird Texts

Conrad Pangan sent photos of period panties on a steering wheel just before the Toyota car gets broken into "how to prevent your car from getting broken into". Does this seem suspicious to you since this was sent right before the Toyota I had mentioned was broken into. Then the brake fluid on the Honda Accord was drained which injured my son.

## Betrayal

The manager Ryan Yamanaka encouraged to apply for a higher position by the manager who then fires me after applying for the higher position stating I wasn't behaving correctly, even though each meeting was stated how well I was doing and that applying for the other position was great.

## Use of Photography

I asked the HR representative Nina Coppersmith not to allow the school or anyone there to record or photograph me as I did not feel comfortable with it. As I did not want it used for publicity, marketing, or any of the sorts.

## Sexual Harassment

I had other males, Thomas Riggs, touching me in inappropriate places and laughing about it, in reality there are homosexuals, but I am not for them touching me all over the place especially when I don't swing that way. This was awkward and continued to be annoying.

## Laughing About Firing

The manage Ryan Yamanaka also brought me into his office to gossip and sort of try and laugh about firing another person. Basically, letting me know he was going to fire him. So, I stood up for the person who he was planning on firing. I suggested maybe another position or something to at least give him a chance but nope, fired him the same day. The other manager also made a comment that he had "nothing there", basically stating he was stupid as he fired him. To fire someone and to be cruel about your opinion on their abilities is a little rough, its not like they were joking with him in friendly way because they were firing him. So basically, everyone knew he was getting fired before him, gossip was created about it which I thought was kind of sad.

## Chapter 8: Final Thoughts

So, what's the point of spying on me in my own residence, for what reason?

I cannot emphasize enough on the point that, many humans have tragic and awful lives, and they did nothing wrong, it's just the nature of the humans anymore. Thoughts where people think they are superior to one another of pieces of information, stamps, status, money, and standards. It's what makes you that's different.

I grew up being taught to respect this country, its values, the laws, and most of all the constitution. This country was founded on that core along with the foundation of faith, which those now here want to suppress and remove the faith and the historical culture of this life. Nobody respects them even though generations of people were injured, died and lost a lot to make it happen for you.

What happened?

The person(s) behind this should be charged with crimes against humanity if the conscience of those in power come to life. Those who have power can also rise into place to restructure what is corrupted.

I have no fear of dying for life after death is another place. What is the point of being afraid of death? Are you afraid to travel to another country, or planet or would you be excited? If you are excited about traveling, then what makes you afraid of death? This is my outlook which keeps me sane and knowing whatever happens, there is a day where traveling from this life is imminent and not a permanent residence for me.

Churches are involved in this corruption which is depressing as they are putting up the highest visibility, yet they destroy themselves without revealing the truth

Destroying any potential comfort to focus on what truly is meant to be in this life (gang stalking was not an original crime, it already existed, twisted copycats), stealing years of my life without a grain of conscience, consideration, and lack of remorse for what they were doing to another being. Yet, knowing the comfort still stands in faith without a wince.

While, asking for one sentence to help find the truth as to why this was going on, not one soul had the heart, courage or strong enough conscience to tell me.

This is just a small taste of what I must present, such as further food tampering, the local churches being involved and more. I can write another book filled with evidence within a short period of time.