UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No:  SA CV 21-01314-DOC-(KESx)                              Date: March 28, 2022

Title:  Jethro Hackworth v. United States of America

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Dajanae Carrigan/Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On January 25, 2022, the Court issued an Order Advising Plaintiff on Proper Request for Summons ("Order") (Dkt. 30). The deadline to correct the deficiencies in the request for summons was March 8, 2022.  A corrected summons was not filed.

Accordingly, the Court ORDERS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                  Initials of Deputy Clerk: dca/dgo